**Hattie JONES, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27800.**

Court of Criminal Appeals of Texas.

Nov. 16, 1955.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the possession of whiskey in a container to which no tax stamp was affixed showing payment of tax due the state, in violation of Arts. 666–17(13), 666–3a(4), 666–21d, § 5, Vernon's Ann.P.C.; the punishment, $200 fine.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.